**Order entered March 22, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01290-CV

**FORGET ABOUT IT, INC., ET AL., Appellants**

**V.**

**BIOTE MEDICAL, LLC, Appellee**

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-18-01784-B**

## ORDER

Before the Court is appellee's March 21, 2019 agreed second motion for an extension of time to file its brief. We **GRANT** the motion and extend the time to **March 28, 2019**.

/s/     ERIN A. NOWELL
        JUSTICE